**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
MICHELLE M.,

                    Plaintiff,                                    25 **CIVIL** 5790 (GRJ)

          -against-                                               **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-------------------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons

set forth in the Court's Decision and Order dated June 10, 2026, Plaintiff's Motion for Judgment

on the Pleadings is GRANTED, and this case is remanded for further administrative proceedings;

accordingly, this case is closed.

**Dated:**  New York, New York

          June 11, 2026

                                                  **TAMMI M. HELLWIG**
                                         _____
                                                    **Clerk of Court**


                              **BY:**
                                         _____
                                                    **Deputy Clerk**